FILED

11/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0405

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0405

_____

IN RE THE MATTER OF L.R.J., C.M.J.,
AND C.S.J.,

BONNIE ANNE JONES and RANDY JOHN
JONES,

      Petitioners and Appellees,

  v.                            O R D E R

LEVI LUKE JONES,

      Respondent,

MARTHA JOANN JONES,

      Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jennifer B. Lint, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 30 2022